IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANCES ARE, LLC,

    Plaintiff,

  v.

CITY OF HAYWARD,

    Defendant.

Case No. C 13-2383 SC

ORDER DISMISSING CASE

    Plaintiff Chances Are, LLC ("Plaintiff") filed its complaint against Defendant City of Hayward ("Defendant") on May 28, 2013. ECF No. 1 ("Compl."). Defendant moved to dismiss the complaint on June 3, 2013. ECF No. 5 ("MTD"). The case was reassigned to Judge Wilken on June 14, 2013, and then was related to the undersigned's Net Connection LLC v. City of Hayward, Case Number 13-1212 SC, on June 21.

///
///
///

Defendant properly renoticed its motion to dismiss on June 25, 2013, but there have been no further filings in this case: Plaintiff has not filed an opposition, and Defendant has not filed a notice of non-opposition. This case is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: August 23, 2013



UNITED STATES DISTRICT JUDGE

2